

062-08/WLJ/JPG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
OCEANWISE SERVICES GMBH
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

William L. Juska (WJ 0772)
Jan P. Gisholt (JG 3768)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
OCEANWISE SERVICES GMBH,

                                        Plaintiff,

        - against –

HO FENG MARITIME S.A.,

                                        Defendant.
-----------------------------------------------------------------x

**08-Civ-**

**VERIFIED COMPLAINT**

        Plaintiff OCEANWISE SERVICES GMBH (hereinafter "OCEANWISE"), by its

attorneys Freehill, Hogan & Mahar, LLP, as and for its Verified Complaint against Defendants

HO FENG MARITIME S.A. (hereinafter "HO FENG") allege upon information and belief as

follows:

        1.    This is an admiralty and maritime claim within the meaning of Rule 9(h) of the

Federal Rules of Civil Procedure in that it involves a claim for the breach of a maritime contract

of charter party.  This case also falls under this Court's admiralty and maritime jurisdiction

pursuant to 28 U.S.C. §1333.  Jurisdiction is also proper pursuant to the Court's federal question

jurisdiction pursuant to 28 U.S.C. §1331.  Federal jurisdiction also exists because the action

arises under the New York Convention on the Recognition and Enforcement of Foreign Arbitral Awards at 9 U.S.C. §201 *et seq.* and/or the Federal Arbitration Act, 9 U.S.C. §1 *et seq.*

2.    At all times relevant hereto, Plaintiff OCEANWISE SERVICES GMBH was and still is a foreign business entity duly organized and existing under the laws of a foreign country with an address at Fuerstenwall 146, 40217 Düsseldorf, Germany.

3.    At all times relevant hereto, Defendant HO FENG MARITIME S.A. was and still is a foreign business entity existing under the laws of a foreign country with an office and place of business at 642, Bo-ai 2nd Road, Zuoying District, Kaohsiung, China, Republic of Taiwan.

4.    OCEANWISE, as disponent owner,[1] entered into a maritime contract of charter party with HO FENG, as charterer, under a charter recapitulation dated July 18, 2006 (the "Charter") to carry 14,000 metric tons of steel coils (plus or minus 5% in HO FENG's option) from Kaohsiung, Taiwan to Setubal, Portugal.    The agreed dates for the shipment were between August 21 and August 27, 2006[2].  A copy of the Charter is annexed hereto as Exhibit A.

5.    The Charter with HO FENG to carry the 14,000 metric tons of steel from Kaohsiung, Taiwan to Setubal, Portugal served as the main or "base" cargo around which other cargo booking contracts were to be made.

6.    OCEANWISE entered the charter market to secure a suitable vessel to carry the contracted 14,000 metric ton base cargo along with other completion cargo parcels.

7.    Based on having the contract for the 14,000 metric ton parcel with HO FENG in-hand, OCEANWISE concluded another maritime transportation contract with Ever Century

---

[1] OCEANWISE did not own the vessel that was to carry the booked cargo, but instead was to charter it from another entity.
[2] The agreed dates for a shipment or "laydays" are the window of time during which a ship owner must tender its ship for the loading of a cargo. The charterer is not obliged to start loading before the commencement of laydays. The charterer may cancel the charter if the ship does not tender prior to the expiration of laydays (which is called the canceling date). Laydays are also referred to as "lay/can."

Investments Limited for the transportation of 5,000 metric tons of steel coils and plates (plus or minus 5%) from Shanghai, China to Bilbao, Spain, at $67 per metric ton, with agreed laydays between August 12 and August 20, 2006. A copy of the charter party recapitulation for the 5,000 metric ton completion cargo is annexed hereto as Exhibit B.

      8.   On August 11, 2006, Defendant HO FENG breached the Charter with OCEANWISE by canceling the contract for the transportation of 14,000 the metric tons of steel coils from Kaohsiung, Taiwan to Setubal, Portugal (*see* Exhibit C), resulting in OCEANWISE's loss of profit of **$213,850.00.** *See* Exhibit D.

      9.   As a result of HO FENG's breach of Charter, OCEANWISE did not have sufficient cargo to charter-in its own vessel and OCEANWISE was forced to mitigate damages by booking the 5000 metric ton steel cargo on another vessel. (The actual quantity shipped was 5,128.223 metric tons aboard the M/V HABIBE ANA.) The loss in freight based on having to book this cargo on another vessel amounts to **$33,921.89**. *See* Exhibit E.

      10. The Charter between OCEANWISE and HO FENG provides for disputes to be resolved by arbitration at London, England, with English law to apply. *See* Exhibit A, Clause 18.

      11. OCEANWISE satisfied all of its obligations under the charter with HO FENG.[3]

      12. In all, HO FENG owes OCEANWISE for damages for breach of Charter in the sum of **$247,771.89**, no part of which has been paid, though duly demanded.

      13. OCEANWISE has commenced arbitration in London with HO FENG pursuant to the terms of the Charter.

---

[3] It should be noted that HO FENG breached its contract on August 11, 2006, six days before OCEANWISE was required to nominate a performing vessel under the Charter (August 17, 2006).

14. This action is brought *inter alia* pursuant to 9 U.S.C. §8 in order to obtain security for OCEANWISE's claims made or to be made in arbitration in London, England under English law, as agreed by the parties.

15. As a regular feature of English law and arbitration, attorneys fees are awarded to the successful litigant, along with costs, disbursements and the cost of the arbitration, all of which constitutes a part of the Plaintiffs' claim and the amount sued for herein.

16. OCEANWISE estimates that it will incur approximately **$80,000.00** in awardable attorneys fees, disbursements, and costs of the arbitration.

17. Interest is also typically awarded under English law and arbitration, regularly at the rate of LIBOR plus 1-2% compounded quarterly (approximately 7.5%). OCEANWISE estimates that it will be awarded approximately $19,235.00 in interest per annum. OCEANWISE estimates that the arbitration in this action will be resolved in approximately two and one-half years. Accordingly, OCEANWISE estimates that it will be awarded approximately **$48,087.50** in interest, which also constitutes a part of the Plaintiff's claim and the amount sued for herein.

18. In all, the claim for which OCEANWISE sues in this action, as near as presently may be estimated, totals **$375,552.14**, no part of which has been paid by HO FENG. OCEANWISE specifically reserves its right to amend this figure and to seek an increase in the amount of security should such sum appear to be insufficient to fully secure OCEANWISE.

19. Upon information and belief, and after investigation, Defendant HO FENG cannot be "found" within this district for the purpose of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims, but Plaintiff is informed that Defendant has, or will shortly have, assets within this District comprising, *inter alia*, cash, funds, credits, debts, wire transfers,

electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire and/or sub-charter hire, of, belonging to, due to, from, or for the benefit of Defendant HO FENG (hereinafter, "ASSETS"), including but not limited to "ASSETS" at, being transferred through, or being transferred and/or wired to or from banking institutions or such other garnishees who may be served with a copy of the Process of Maritime Attachment and Garnishment issued herein.

WHEREFORE, Plaintiff OCEANWISE prays:

a.    That process in due form of law according to the practice of this Court issue against the Defendant, citing it to appear and answer under oath all and singular the matters alleged, failing which a default will be taken against it in the principal amount of **$247,771.89** plus interest, costs and attorneys fees;

b.    That since Defendant cannot be found within this District pursuant to Supplemental Rule B, all tangible or intangible property of the Defendant, up to and including the sum of **$375,552.14,** be restrained and attached, including but not limited to any cash, funds, credits, debts, wire transfers, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, and/or any other property of, belonging to, due to, from, or for the benefit of Defendant (collectively "ASSETS"), including but not limited to such "ASSETS" as may be held, received or transferred in its own name or as may be held, received or transferred for its benefit at, through, or within the possession, custody or control of such banking institutions and/or any such other garnishees who may be served with a copy of the Process of Maritime Attachment and Garnishment issued herein; and

c.    That this Court retain jurisdiction over this matter for purposes of any subsequent

enforcement action as may be necessary; and,

d.    For such other, further and different relief as this Court may deem just and proper

in the premises.

Dated: New York, New York
       May 19, 2008

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
OCEANWISE SERVICES GMBH

By:    _____
       William L. Juska (WJ 0772)
       Jan P. Gisholt (JG 3768)
       80 Pine Street
       New York, NY  10005
       (212) 425-1900
       (212) 425-1901 fax

## ATTORNEY VERIFICATION

State of New York )
                 ) ss.:
County of New York )

WILLIAM L. JUSKA, being duly sworn, deposes and says as follows:

1.       I am a partner with the law firm of Freehill Hogan & Mahar, LLP, attorneys for Plaintiff in this action, I have read the foregoing Verified Complaint and know the contents thereof, and the same is true to the best of my knowledge, information and belief.

2.       The sources of my information and the grounds for my belief are communications, information and documentation provided by our client.

3.       The reason this verification is made by an attorney and not by the Plaintiff is because the Plaintiff is a foreign entity, none of whose officers are presently within this Judicial District.

_____
William L. Juska

Sworn to before me this
19th day of May, 2008

_____
Notary Public

CLARE HENRY
Notary Public, State of New York
No. 01HE4831498
Qualified in Kings County
Certificate in New York County
Commission Expires October 31, 2009



Exhibit A

Ex. A

mail@ocean-wide.net

**Von:**       Davis Leung [anfari@anfari.com.hk]
**Gesendet:** Dienstag, 18. Juli 2006 12:59
**An:**        DD/OCEANWIDE
**Cc:**        ANFARI
**Betreff:**   14.000 MTS 5 PCT MOLCHOPTN - KAO/ SETUBAL. PORTUGAL

INO/DAVIS


FROM MOTION/TAIPEI
++++++++++++++++++++


RE: 14 K STL COIL KAO TO SETUBAL
=====================================
CHTS CFM USD49 PMT FIO 1/1.   HEREBY PLS ASK OWNS TO CFM
RECAP IN ORDER :

QTE -

- CHTRS: HO FENG MARITIME S.A. GUARANTEE BY
  SHANG SHING INDUSTRIAL CO., LTD

- OWNERS: OCEANWISE SERVICES GMBH GUARANTEED BY
          IMT SHIPPING AND CHARTERING GMBH WITH
          SAME ADDRESS:
          FUERSTENWALL 146, 40217 DUESSELDORF
- PERFOMER TB HANDYMAX/PANAMAX  GRD/GLSS IN OWNERS OPTION
  MAX 25YRS HIGHEST CLASS/P&I HIGHEST COVERED
  OWNERS TO DECLARE PERFORMING VESSEL 10 DAYS PRIOR
  TO ETA KAO PORT AND THE NOMINATED VESSEL TO BE FOR
  TRADER/RECEIVERS APPROVAL ONE WORKING DAY AFTER
  NOMINATION.

- CARGO 14000 MT STEEL COIL  MAX 25T/UNIT 5% MOLCO
  MAX 3 TIERS LOADING
- 1SBP KAOHSIUNG (MAX DRAFT 10.35 METER) / 1SBP SETUBAL.

- LYCN 21-27/AUG/2006
-----------------------------

- FRT USD49.00 PMT FIOST 1/1
--------------------------------------
- LSD AND TAIWN BERTH TERMS COST TO BE FOR CHARTERERS ACCOUNT
- SHORE CRNE BOTH ENDS TO BE FOR OWNERS ACCT AND
  ARRNAGEMENT IF VESSEL IS GEARLESS OR GEAR NOT CAPABLE TO LIFT
  CHARTERERS INTENDED

- OWNERS SATISFY THEM SELF FOR BOTH LOADING/DISCHAIRNG PORT
  RESTRICITON.
- CHARTERERS AGENT AT LOADING PORT WITH REASONABLE PORT DISBURSEMENT
  APPROVED BY OWNERS AND OWNERS AGENT AT DISCHARING PORT
- L/D RATE: CQD BENDS


12.12.2006

- DETENTION: USD17000 PDPR IF CAREGO AND OR CARGO DOCUMENTS NOT READY
  UPON VESSEL ARRIVAL, DETENTION TIME TO BE COMMENCED TO CUNTER ASPER
  GENCON 1PM/8AM
- AS PART CARGO IN OWNERS OPTION, SEPERATION IF RQRD TO BE FOR OWNERS
  ACCUNT AND ARRANGEMENT

- TAIWAN FREIGHT TAX IF ANY TO BE FOR OWNERS ACCOUNT.
- COMM TOTAL 3.75 % HERE IAC (2.5 + 1.25 ANFARI HK)
- OTHER ASPER PRESENT VOYAGE MV IRAN **KERMANSHAH** CAURTER PARTY DATE
31/MAY/2006
 / ADDENDEUM NO.1 DATED 20/JUNE/2006
- SUB STEM 1800 HRS 19/JULY/2006 (WED..)
END

UNQTE -

ABOVE TERMS BASING ON THE LAST FIXTURE RECAP WE SENT FR PRESENT VOYAGE
DATED 31/MAY/PM 2154 HRS OUR TIME FR YR EASY REF.

PLS CFM ABOVE IN ORDER


RGDS/SUSIE


12.12.2006

| 1 Shipbroker | RECOMMENDED<br>THE BALTIC AND INTERNATIONAL MARITIME COUNCIL<br>UNIFORM GENERAL CHARTER (AS REVISED 1922, 1976 and 1994)<br>(To be used for trades for which no specially approved form is in force)<br>CODE NAME: "GENCON"                        Part 1 |
|---|---|
| MOTION MARINE CO. LTD | 2 Place and date<br>TAIWAN, 28th APRIL, 2006 |
| 3 Owners / Place of business (Cl. 1)<br>OCEANWIDE SERVICES GMBH<br>GUARANTEED BY IMT SHIPPING AND CHARTERING<br>GMBH | 4   Charterers/Place of business (Cl. 1)<br>HO FENG MARITIME S.A.  TAIWAN |
| 5 Vessel's name (Cl. 1)<br><br>PERFORMING VESSEL TO BE NAMED | 6 GRT/NRT (Cl. 1) |
| 7   DWT all told on summer load line in metric tons (abt.) (Cl. 1) | 8 Present position (Cl. 1) |
| 9 Expected ready to load (abt.) (Cl. 1) | TRADING |
| 10  Loading port or place (Cl. 1)<br>'E SAFE BERTH; ONE SAFE PORT OF<br>KnOHSIUNG; TAIWAN | 11  Discharging port or place (Cl. 1)<br>ONE SAFE BERTH OF ONE SAFE PORT,<br>SETUBAL, PORTUGAL |

12  Cargo (also state quantity and margin in Owner's option, if agreed, if full and complete cargo not agreed state "part cargo") (Cl. 1)

15500 MT HOT ROLLED COILS WITH MAX 25T/ UNIT, 5% MORE OR LESS
IN CHARTERERS OPTION

| 13  Freight rate (also state whether freight prepaid or payable on delivery) (Cl. 4) | 14  Freight payment (state currency and method of payment; also beneficiary and bank account) (Cl. 4) |
|---|---|
| USD 46.00 PER METRIC TON UNDER FIOS TERMS | SEE RIDER CLAUSE NO. 5 |
| 15 State if vessel's cargo handling gear shall not be used (Cl. 5)<br>SEE CLAUSE NO. 4 | 16  Laytime (if separate laytime for load, and disch. is agreed, fill in a) and b) If total laytime for load, and disch., fill in c) only) (Cl. 6) |
| 17 Shippers/Place of business (Cl.6)<br>SHANG SHING STEEL INDUSTRIAL CO.LTD | a)Laytime for loading<br>CQD |
| 18 Agents (loading) (Cl. 6)<br>WINMAX MJARITIME CORP. | b)Laytime for discharging<br>DCQ |
| 19 Agents (discharging) (Cl. 6)<br>OWNERS AGENT | c)Total laytime for loading and discharging |
| 20 Demurrage rate and manner payable (loading and discharging) (CL. 7)<br>~CTENTION CLAUSE SEE RIDER CL. 8 | 21 Cancelling date (Cl. 9)<br>2oth JULY, 2006 |
| | 22.General Average to be adjusted at (Cl. 12) |
| 23 Freight Tax (state if for the Owners' account) (Cl. 13C)<br>SEE CLAUSE 14 | 24. Brokerage commission and to whom payable (Cl. 15) |

| 25. Law and Arbitration (state 19(a), 19(b) or 19(c) of Cl. 19, if 19(c) agreed also state Place of Arbitration) (if not filled in 19(a) shall apply) (CL. 19)<br>SEE RIDER CLAUSE 18 | |
|---|---|
| (a) State maximum amount for small claims/shortened arbitration (Cl. 19) | 26. Additional clauses covering special provisions, if agreed (Cl. 19) |

| Signature (Owners) | Signature (Charterers) |
|---|---|
| OCEANWIDE SERVICES GMBH | HO FENG MARITIME S.A. |

RIDER CLAUSE TO IMT SHIPPING AND CHARTERING TBN WITH C/P DATE 30TH MAY, 2006

1. CHTRS: HO FENG MARITIME S.A. GUARANTEE BY
   SHANG SHING INDUSTRIAL INDUSTRIAL CO., LTD

   OWNERS: OCEANWISE SERVICES GMBH GUARANTEED BY
           IMT SHIPPING AND CHARTERING GMBH WITH
           SAME ADDRESS:
           FUERSTENWALL 146, 40217 DUESSELDORF

2. PERFOMER TB HANDYMAX/PANAMAX  GRD/GLSS IN OWNERS OPTION
   MAX 25YRS HIGHEST CLASS/PANDI COVERED
   OWNERS TO DECLARE PERFORMING VESSEL 10 DAYS PRIOR
   TO ETA KAO PORT AND THE NOMINATED VESSEL TO BE FOR
   TRADER/RECEIVERS APPROVAL ONE WORKING DAY AFTER
   NOMINATION.

3. LASHING /SECURING / DUNNAGE AND TAIWAN BERTH TERMS COST
   TO BE FOR CHARTERERS ACCOUNT AND ARRANGEMENT
   WHICH TO BE PERFORMED AS INTERNATIONAL STANDARD AND TO
   MASTERS SATISFICATION, THE MASTER SHOULD NOT
   UNREASONABLY REQUEST FOR IT.

4. SHORE CRANE BOTH ENDS TO BE FOR OWNERS ACCOUNT  AND
   ARRANGEMENT IF VESSEL IS GEARLESS OR GEAR NOT CAPABLE
   TO LIFT CHARTERERS INTENDED CARGO AS MENTIONED

5. FULL FREIGHT TO BE PAID WITHIN FIVE ( 5) BANKING DAY AFTER
   COMPLETING OF LOADING. IN CASE 'FREIGHT PREPAID' BILL(S)
   OF LADING TO BE ISSUED, OWNERS TO RELEASED SAID BILL(S)
   OF LADING AGAINST CAHRTERERS BANK SLIP OF FREIGHT PAYMENT

   FREIGHT TO BE DEEM AS EARNED WHEN CARGO LOADED ONBOARD
   DISCOUNTLESS, NON-RETURNABLE WHETHER CARGO AND OR
   VESSEL LOST OR NOT LOST.

6. OWNES SATISFY THEM SELF FOR BOTH LOADING/DISCHARGING
   PORT RESTRICTION

7. CHARTERERS AGENT AT LOADING PORT WITH REASONABLE PORT
   DISBURSEMENT  AND OWNERS AGENT AT DISCHARGING PORT

8. DETENTION: USD17000 PDPR IF CARGO AND OR CARGO DOCUMENTS
   NOT READY UPON VESSEL ARRIVAL. DETENTION MONEY IF ANY TO BE
   SETTLED WITHING 3 WEEKS AFTER COMPLETING OF LOADING AND
   IF ANY AT DISCHARING PORT TO BE SETTLED WITHIN 3 WEEKS AFTER
   COMPLETING OF DISCHARING

9. COMBINED CARGO ALLOWED, AND OWNERS TO INFORM COMBINED
   CARGO DETAILS AND LOADING/DISCHARING ROTATION UPON
   NOMINATION  FIXING OWNERS COMBINED CARGO SHOULD NOT BE
   HARMFUL TO CHARTERERS INTENDED CARGO, SEPERATION IF REQUIRED
   FOR COMBINED CARGO TO BE FOR OWNERS ACCOUNT AND ARRANGEMENT

RIDER CLAUSE TO IMT SHIPPING AND CHARTERING TBN WITH C/P DATE 30TH MAY, 2006

10. THE STEVEDORES DAMAGE TO THE VESSEL, IF ANY, AT BOTH LOADING AND DISCHARGING PORTS, SHALL BE SETTLED BETWEEN OWNERS AND STEVEDORES DIRECTLY SUCH DAMAGES ARE REPORTED BY THE MASTER TO CHARTERERS/AGENTS/STEVEDORES WITHIN 48 HOURS AFTER OCCURRENCE. CHARTERERS HOWEVER TO RENDER UPMOST ASSISTANCE IN SETTLING ANY EVENTUAL STEVEDORE DAMAGE.

11. SHIPPERS/CHARTERERS/RECEIVERS TO HAVE THE OPTION USE FORKLIFTS DURING LOADING AND DISCHARGING OPERATIONS AND OWNERS TO ALLOW THE USE OF FORKLIFTS IN ALL COMPARTMENTS AND WARRANT THAT THE VESSEL IS IN EVERY RESPECTS SUITABLE TO ALLOW FORKLIFTS OPERATION.

12. MASTER/OWNERS TO CABLE TO CHARTERERS VESSEL'S ETA LOADING PORT AT 10/7/5/3/2/1 DAYS INTERVAL , AS WELL AS 20/15/10/7/5/3/2/1 DAYS INTERVAL ETA DISCHARING PORT NOTICE.

13. SHIPSIDE TALLY TO BE FOR OWNERS' ACCOUNT AND SHORESIDE TALLY TO BE FOR CHARTERERS' ACCOUNTS BOTH ENDS. OWNERS NOT BE RESPONSIBLE FOR THE CARGO WEIGHT LOADED ONBOARD BUT MUST BE RESPONSIBLE FOR THE NUMBER OF PIECES LOADED ONBOARD AND TO SIGN SAME ON MATE'S RECEIPT AS WELL AS IN BILL (S) OF LADING.

14. ANY TAXES/DUES/WHARFAGE ON VESSEL / FREIGHT TO BE FOR OWNERS ACCOUNT AND SAME ON CARGO TO BE FOR CHARTERERS ACCOUNT. TAIWAN FREIGHT TAX IF ANY TO BE FOR OWNERS ACCOUNT.

15. LIGHTERNING/LIGHTERAGE IF ANY TO BE FOR PARTY WHO ORDERING SAME

16. IN CASE ORIGINAL BILLS OF LADING NOT ARRIVAL DISCHARGING PORT BEFORE COMMENCE OF DISCHARGING, OWNERS AGREE TO RELEASE ENTIRE CARGO AGAINST RECEIVERS BANK LOI, FOR WHICH, TO BE FOR CHARTERERS APPROVAL BEFORE RELEASING CARGO TO RECEIVERS.

17. NEW JASON CLAUSE, NEW BOTH TO BLAME COLLISION CLAUSES, CHAMBER OF SHIPPING WAR RISK CLAUSE 1 + 2, P & I BUNKER CLAUSE ARE DEEMED TO BE INCORPORATED IN THIS CHARTER PARTY. OWNERS GUARANTEE THAT ALL VESSEL'S CERTIFICATE INCLUDING ISM/DOC/P & I / ISPS/CLASS CERTIFICATES ARE VAILD DUING THE VOYAGE

REQUIRED CERTIFATE ISSUED BY SAME ENTITY AS THE BILLS OF LADING CERTIFYING THAT THE CARRYING VESSEL IS ISM CODED CERTIFIED AND ITS OWNERS OR OPERATORS HOLD A CURRENT ISM CODE DOCUMENTS OF COMPLAIANCE

18. ANY DISPUTE ARISING UNDER THIS CHARTER PARTY TO BE REFERRED TO ARBITRATION IN LONDON AND ENGLISH LAW TO

APPLY. ONE ARBITRATOR TO BE NOMINATED BY OWNERS AND THE OTHER BY THE CHARTERERS. IN CASE THE ARBITRATORS SO CHOSEN SHALL NOT AGREE, THEN AN UMPIRE TO BE APPOINTED BY THEM. AND THE AWARD OF THE ARBITRATION OF UMPIRE TO BE FINAL AND BINDING UPON BOTH PARTIES. THE ARBITRATORS/ UMPIRE SHALL BE COMMERCIAL AND SHIPPING MEN.

19. IF THERE IS REMARK ON MATE'S RECEIPT OWNERS TO ISSUE 'CLEAN ONBOARD' BILL(S) OF LADING AGANST SHIPPERS & CHARTERERS SINGLE L.O.I IN OWNERS P & I WORDING

20. OAP IF ANY TO BE FOR CAHRTEREERS ACCOUNT FOR VESSEL'S AGE WITHIN 25 YEAR OLD.

21. OTHER ASPER GENCON 1994
END


AS OWNERS                              AS CHARTERERS:


....................................................    ..........................................
OCEANWISE SERVICES GMBH                HO FENG MARITIME S.A.
GURANTED BY IMT SHIPPING AND
CHARTERING GMBH

**mail@ocean-wide.net**

| | |
|---|---|
| **Von:** | Davis Leung [anfari@anfari.com.hk] |
| **Gesendet:** | Mittwoch, 19. Juli 2006 11:27 |
| **An:** | DD/OCEANWIDE |
| **Cc:** | ANFARI |
| **Betreff:** | Fw: KAO/SETUBAL (21-27TH AUG., 2006) |

INO/DAVIS

----- Original Message -----
From: susie
To: ANFARI HKG
Sent: Wednesday, July 19, 2006 17:09
Subject: Fw: KAO/SETUBAL

DAVIS/SUSIE

RE: KAO TO SETUBAL

RCVD FLWG FM CHTRS

QTE -


CHTR PLS TO CFM SUBJECT LIFTED FR THE 21-27/AUG SHPMENT.

UNQTE-


RGDS/SUSIE

12.12.2006



Ex. B

Lauri. x / 1 Ho

(A) - Casco Fixture

## Post

Von:     "Davis Leung" <davic@anfari.com.hk>
An:      "DO/OCEANWIDE" <mail@oosan-wide.net>
Gesendet: Dienstag, 8. August 2006 08:43
Betreff:  Fw: ACC EVER CENTURY - 5000 MTS STEEL PLATE - SHANGHAI (REGION NBR. 10) /
         BILBAO

\NO/DAVIS

OHRS CFM THAT NOW THE LYCN IS 20-27 AUG 2006
═══════════════════════════════════════════

+++

=IMT SHPG TBN =/ ACC EVER CENTURY
5000 MTS 5 PCT MOLCHOPTN HR PLATES
SHANGHAI (REGION NBR. 10) / BILRAO , SPAIN
LYCN 12-20TH AUG., 2006
═══════════════════════════════════════════

THE FIXTURE RECAP
═══════════════════

ALL NEGOTIATIONS/EVENTUAL FIXUTRE TO BE KEPT STRICTLY PRIVATE AND CONFIDENTIAL

SHIP OWRS: IMT SHIPPING / GERMANY
ACCT: EVER CENTURY INVESTMENTS LIMITED

PERFORMG VSL
TO BE SDBC - MAX 25 YRS OLD
GEARED OR GEARLESS IN OWR'S OPTION

VSL TO BE NOMINATED 7 DAYS PRIOR VSL'S ETA LOADPORT , SHANGHAI

2/ 5, 000 MT 5 PCT MOLCO HOT ROLLED PLATES (PLS ADV THE SIZE - PACKING LIST)
3/ LOADING PORT : 1SBP SHANGHAI - BERTH NBR. 10
4/ DISCHARGING PORT : 1SBP BILBAO, SPAIN

5/ LYCN: 12-20 AUG 2006
6/ L/D RATE: CQD / CQD
7/ FREIGHT USD67. - PMT FIOS L/S/D BSS 1/1

8/ FULL FRT TB PAID IN USD TO OWRS NOMINATED BANK ACCT W/I 3 BKG DAYS ACOL,
'FREIGHT PREPAID' 'CLEAN ONBOARD' BS/L AND TO BE RELEASED TO SHIPPER AT
LOADPORT, AFTER FRT HAS BEEN RECVD.

   FRT TB REGARDED EARNED AS CGO TAKEN ON BOARD DISCOUNTLESS N
   NON-RETURNABLE WHETHER VSL AND/OR CGO LOST OR NOT LOST

9/ IF MATE'S RECEIPT HAVE ANY REMARKS, CHRS TO ISSUE SINGLE LOI FOR CLEAN BS/L
   (IF NECESSARY) WITH OWR'S PNI CLUB WORDINGS WITHOUT BANK ENDORSEMENT.

10/DUE TO CQD LOAD / DISCHARGE, DETENTION CL TO BE APPLIED.
   CHRS TO REMAIN LIABLE FOR DAMAGES FOR DETENTION SHOULD CHRS/SHIPPERS/
   RECEIVERS FAILS TO ARRANGE FOR ALL CARGO, DOCUMENTATION, CLEARANCE PROCEDURES,

08.08.2006

(A)

UPON VSL'S ARRVL AT LOAD PORT / DISCHARGE PORT.
DETENTION TIME TO COMMENCE TO COUNT AFTER NO.R. TENDERED ANY TIME, DAY, NIGHT, SHINC
IN THE PERIOD OF LAYCAN AND DETENTION CL., AS PER
GENCON CP 1994.
DETENTION RATE : TO BE MUTUALLY AGREED UPON PERFORMING VSL IS NOMINATED.

DETENTION, IF ANY, TO BE SETTLED WITHIN 20 DAYS AFTER COMPLETION OF LOADING OR DISCH
AS THE CASE MAY BE WITH SUPPORTING DOCS (NOR/SOF/TIME SHEET, ETC...) WITH MUTUALLY AGREED.

11/CGO RELEASE AT DISCHPORT ONLY AGAINST ORIGINAL BS/L OR RCVR' BANK GTEE.
12/PART CARGO ALLOWED
13/LASHING/SECURING/DUNNAGE CHARGES & MATERIALS TO BE FOR CHRS A/C N ARRANGEMENT
AND TO BE PERFORMED TO MASTER'S SATISFACTION.

14/SHORE CRANES/FLOATING CRANE TO BE FOR CHR'S A/C & ARRANGEMENT AT DISCHPORT
IF VSL GEAR IS OUT OF ORDER. VESSEL IS GEARLESS.

15/ANY LIGHTENING/LIGHTERAGE DUE TO VSL'S LOA/DRAFT EXCEEDING PORT'S LIMITATION
TO BE FOR OWNERS' ACCT.

16/OWRS AGENT AT LOADPORT & DISCHPORT.

17/THE VESSEL IS EQUIVALENT TO 100A1 IN LLOYDS REGISTER. THE VESSEL IS ENTERED
WITH THE P AND I CLUB

18/OAP IF ANY TBF CHRS A/C
19/TAXES/DUES ON CGO TBF CHTRS ACCT, SAME ON VSL/FRT TBF OWRS ACCT.

20/SHIPSIDE TALLY TBF OWRS A/C, SHORE SIDE TALLY TBF CHTRS A/C
COMPULSORY TALLY AT LOADPORT TBF OWRS A/C.

21/THE STEVEDORES, ALTHOUGH APPOINTED BY CHARTERERS OR SHIPPERS OR THEIR AGENTS,
TO BE UNDER THE DIRECTION AND CONTROL OF THE MASTER. CHARTERERS OR
SHIPPERS SHALL NOT BE RESPONSIBLE FOR THE ACTS AND DEFAULTS OF THE
STEVEDORES. ALL CLAIMS FOR DAMAGES ALLEGEDLY CAUSED BY STEVEDORES TO BE
SETTLED DIRECTLY BETWEEN STEVEDORES AND OWNERS. MASTER TO NOTIFY
STEVEDORES OF DAMAGE, IF ANY, IN WRITING WITHIN TWENTY FOUR (24) HOURS OF
OCCURRENCE. CHARTERERS TRY UTMOST TO ASSIST THE SETTLEMENT.

22/VSL NOT TO BE DRY DOCK DURING THIS VOY CHARTER
23/ARBITRATION IN HONG KONG WITH ENGLISH LAW TO BE APPLIED
24/TOTAL 3.75 PCT (2.5 ADCOM)
25/SUBJ 24 HR STEM TO BE LIFTED BY 1800 HR HKG TIME 3RD AUG 2006 (THUR.,)
26/SUBJ 24 HR FOR ACCEPTANCE OF PERFORMG VSL AFTER NOMINATION IS MADE BY OWRS.
27/OWISE AS PER MV MASTRO GIORGIOS /CP DATED 23RD MAY 2006 WITH GENCON 1994
END RECAP.

PLS KINDLY LIFT STEM BY 1800 HR HKG TIME 3RD AUG 2006 (THUR.,) ON TIME.
PLS KINDLY ADV THE SIZE /LENGTH OF THE PLATE, PACKING LIST , TKS.

08.08.2006



Ex. C

**mail@ocean-wide.net**

| | |
|---|---|
| **Von:** | Davis Leung [anfari@anfari.com.hk] |
| **Gesendet:** | Freitag, 11. August 2006 05 56 |
| **An:** | DD/OCEANWIDE |
| **Cc:** | ANFARI |
| **Betreff:** | Fw: KAO /SETUBAL SHIPMENT |

*[handwritten note:]* need to c&y c belore cow KAC
2: 11/1.6

11 AUG 2006

INO/DAVIS

----- Original Message -----
**From:** winmax kao
**To:** susie ; Davis Leung
**Sent:** Friday, August 11, 2006 11 27
**Subject:** KAO /SETUBAL SHIPMENT

DEAR SIR.

JUST RECEIVED A INFORMATION FM CUTR THAT, RECEIVER CANCELLED THIS SHIPMENT DUE TO
THEY DO NOT AGREE TO EXTEND L/C TILL 31/AUG, 2006(LAST SHIPMENT DAY IS 15/AUG, 2006).

PLS DO NOT ARRG VSL TO KAOHSIUNG TO AVOID ANY LOSE FOR BOTH ENDS.

B.RGDS!!
Kent Hsieh
Winmax Maritime Corp.
Tel:886-7-8159271
Fax:886-7-8155950
E-Mail:winmaxkh@ms17.hinet.net
        kent_hsieh@winmax.com.tw
M/P:886-939592782
Website:www.winmax.com.tw
MSN:KENTHSIEH56@HOTMAIL.COM

12.12.2006



Ex D

**Betreff:** HO FENG – CALCULATION

TBN
43.474 mts DWAT on 11.319 m draft
speed/consumption 12.8 kn on abt 23 mts IFO 180 plus 2 mts MDO
Consumption in Port (working) 2.5 mts MDO

Bunker prices IFO 180 = USD 350    MDO = USD 680

Cargoes:

| | | |
|---|---|---|
| 5.100 mts plates @ USD 67,- less 5 pct Comm  Shanghai / Bilbao | = USD | 324.000 |
| 14.000 mts coils @ USD 49,- less 5 pct Comm Kaohsiung / Setubal | = USD | 651.700 |
| 23.000 mts wire rod in coils @ USD 60,- less 5 pct Comm Huangpu / Bilbao | = USD | 1.311.000 |

Total                                                                                   USD 2.286.700

The vessel was fixed basis dop Nantong - then the calculation would be as follows:

1 day positioning to Shanghai
3 days loading at Shanghai
3 days passage via Ishigaki to Kaohsiung
4 days loading at Kaosiung
2 days passage to Huangpu
6 days loading at Huangpu
32 days passage to Setubal
3 days discharge at Setubal
2 days passage to Bilbao
6 days discharge Bilbao
62 days in total

| | |
|---|---|
| 62 x USD 22.000,- less 3.75pct adcom | USD 1.312.850 |
| D/A SHANGHAI | 25.000 |
| D/A Ishigaki | 5.000 |
| D/A Kaohsiung | 15.000 |
| D/A Huangpu | 35.000 |
| D/A Suez | 150.000 |
| D/A Setubal | 30.000 |
| D/A Bilbao | 50.000 |
| Bunker: | |
| 40 days x   23 ts x USD 350 | 325.000 |
| 135 mts MDO x USD 680 | 95.000 |
| P+I / Supercargoes etc | 30.000 |

Total                                       USD 2.072.850

Estimated Profit                           USD   213.850



Ex. E

page 2 of 2                tax to:  Ho Feng Maritime Co. S.A.              dated:  23 July 2007

| | Cargo Quantity | Freight | Total | | |
|---|---|---|---|---|---|
| Cargo quantity (MT) | 5128.223 | $67.00 | 343,590.94 | | |
| Less commission at 3.75% | | | 12,884.66 | | |
| Total freight receivable | | | | | 330,706.28 |
| Sublet cargo quantity (MT) | 5128.223 | $66.00 | 338,462.72 | | |
| Less commission at 1.25% | | | 4,230.78 | | |
| Total freight received for sublet cargo | | | | 334,231.94 | |
| Less QDA fee | | | | −5,000.00 | |
| Less demurrage | | | | −32,447.55 | |
| | | | | | 296,784.39 |
| Loss to Owner | | | | | −33,921.89 |

ß - SUJLET

**mail@ocean-wide.net**

Von: Davis Leung [davis@ahfari.com.hk]

Gesendet: Mittwoch, 23. August 2006 14:21

An: DD/OCEANWIDE

Betreff: FW: RECAP (IMT) - MV HABIBIE ANA / 5000 MTS STEEL PLATE - SHANGHAI (REGION NBR. 10) / BILBAO

INO/DAVIS

=MV HABIBIE ANA =/ ACC IMT SHIPPING + CHARTERING
5000 MTS 5 PCT MOLCHOPTN HR PLATES
SHANGHAI (REGION NBR. 10) / BILBAO , SPAIN
LYCN 30 aug - 7 sept 2006

THE FIXTURE RECAP

ALL NEGOTIATIONS/EVENTUAL FIXUTRE TO BE KEPT STRICTLY PRIVATE AND CONFIDENTIAL

DISP., OWRS! DAEWOO LOGISTICS / SEOUL
ACCT: IMT SHIPPING & CHARTERING / DUESSELDORF, GERMANY

PERFORMG VSL :-

MV HABIBE ANA
BLT 1985 - TURKISH FLAG - SID - BC
DWT SUMMER : 43474   ON 11,319
GRT : 26046 / NRT: 13604
LOA : 185.84 M / BEAM : 30.40 M
TPC : 49.60 MTR AT SUMMER DRAFT
GR/BL : 1.892,667 CUFT / 1.848.256 CUFT
TYPE OF H.COVER : MC GREGOR STEEL FOLDING TYPE.
HTCH SIZ : NO1 , 19.20 X 15,30 NO2,3,4,5 : 20,80 X 15.30 MTR
3HO/5HA  4 X 25 MTS CRANES
CLASS : LR / PANDI CLUB : NORTH OF ENGLAND
ADA

VSL ETA/D NANJING 23/27 AUG
ETA/D ZHANGJIAGANG 27/29 AUG
ETA/D CHANGSHU 29/30 AUG
ETA SHANGHAI 30/31 AUG
WP AGW

PART CGO BASIS
2/ 5,000 MT 5 PCT MOLCO HOT ROLLED PLATES (PACKING LIST HAS BEEN PROVIDED) - (ABT 5099.974 MTS)
3/ LOADING PORT : 1SBP SHANGHAI - BERTH NBR. 10
   VSL'S ARRVL DRAFT 9.6M , SAILING DRAFT 10.5 M

4/ DISCHARGING PORT : 1SBP BILBAO, SPAIN - OWR'S BERTH

5/ LYCN: 30 AUG - 7 SEPT., 2006

23.08.2006



6/ L/RATE: 2500 MTS SHINC (INTENTION HOLD NO.1 - AFTER PART)
    4000 MTS SHINC (IF BASIS 2 HOLDS). OWRS TO DECLARE THEIR
INTENTION BY TOMO - 24 AUG 2006
    D/RATE: CQD DISCHARGE
7/ FREIGHT USD66.- PMT FIOS L/S/D BSS 1/1

8/ FULL FRT TB PAID IN USD TO OWRS NOMINATED BANK ACCT W/I 3 BKG DAYS
ACOL.
    'FREIGHT PREPAID' 'CLEAN ONBOARD' BS/L AND TO BE RELEASED TO
SHIPPER AT LOADPORT, AFTER FRT HAS BEEN RECVD.

    FRT TB REGARDED EARNED AS CGO TAKEN ON BOARD DISCOUNTLESS N
NON-RETURNABLE WHETHER VSL AND/OR CGO LOST OR NOT LOST

9/ IF MATE'S RECEIPT HAVE ANY REMARKS, CHRS TO ISSUE SINGLE LOI FOR
CLEAN BS/L
    (IF NECESSARY) WITH OWR'S PNI CLUB WORDINGS WITHOUT BANK
ENDORSEMENT.

10 DEM/DES : USD 22,000 DHD WTS
    DETENTION : USD 22,000 PDPR
    CHRS TO REMAIN LIABLE FOR DAMAGES FOR DEMURRAGE/DETENTION
SHOULD
    CHRS/SHIPPERS/RECEIVERS FAILS TO ARRANGE FOR ALL
CARGO,DOCUMENTATION,
    CLEARANCE PROCEDURES,UPON VSL'S ARRVL AT LOAD PORT / DISCHARGE
PORT.
    DEMURRAGE/DETENTION TIME TO COMMENCE TO COUNT AFTER N.O.R.
TENDERED
    ANY TIME, DAY, NIGHT, SHINC IN THE PERIOD OF LAYCAN AND DETENTION
CL.
    AS PER GENCON CP 1994.

    DEMURRAGE AT LOADPORT TO BE SETTLED TOGETHER WITH OCEAN FRT.

    DETENTION, IF ANY, TO BE SETTLED WITHIN 20 DAYS AFTER COMPLETION
OF DISCH WITH SUPPORTING
    DOCS (NOR/SOF/TIME SHEET, ETC...) WITH MUTUALLY AGREED.

11/CGO RELEASE AT DISCHPORT ONLY AGAINST ORIGINAL BS/L OR RCVR'
BANK GTEE.
12/PART CARGO ALLOWED
13/LASHING/SECURING/DUNNAGE CHARGES & MATERIALS TO BE FOR CHRS
A/C N ARRANGEMENT
    AND TO BE PERFORMED TO MASTER'S SATISFACTION.

14/SHORE CRANES/FLOATING CRANE TO BE FOR CHR'S A/C & ARRANGEMENT
AT DISCHPORT
    IF VSL GEAR IS OUT OF ORDER. VESSEL IS GEARLESS.

15/ANY LIGHTENING/LIGHTERAGE DUE TO VSL'S LOA/DRAFT EXCEEDING
PORT'S LIMITATION
    TO BE FOR OWNERS' ACCT.

16/CHRS AGENT AT LOADPORT, SHANGHAI

23.08.2006



MINSHENG INTERNATIONAL SHIPPING AGENCY COMPANY LIMITED
ADDRESS: 6/F "NO:£137 HAINING ROADE~SHANGHAI CHINA
TELE° (021)63247848(DIRECT LINE) £°021£©63568218EXT 209,244,216
FAX:£°021£©63560380
TELEX:33352 MSSCO CN
PUBLIC E-MAIL:MSSHAGENCY@163.NET
PIC£°OPERATE :MANAGER LIU ZJIEN EXT209 (MP:13916149746)
    BOARDING:MR.WANG XIN SHENG(MP13301663709)
    VICE GENERAL MANAGER:MR.TONG ZHI ZHONG EXT216

OWRS AGENT AT BILBAO
--------------------------

17/THE VESSEL IS EQUIVALENT TO 100A1 IN LLOYDS REGISTER. THE VESSEL IS
ENTERED WITH THE P AND I CLUB

18/OAP IF ANY TBF CHRS A/C
19/TAXES/DUES ON CGO TBF CHTRS ACCT, SAME ON VSL/FRT TBF OWRS
ACCT.

20/SHIPSIDE TALLY TBF OWRS A/C. SHORE SIDE TALLY TBF CHTRS A/C
  COMPULSORY TALLY AT LOADPORT TBF OWRS A/C.

21/THE STEVEDORES, ALTHOUGH APPOINTED BY CHARTERERS OR SHIPPERS
OR THEIR AGENTS,
  TO BE UNDER THE DIRECTION AND CONTROL OF THE MASTER.
CHARTERERS ARE
  RESPONSIBLE FOR THE ACTS AND DEFAULTS OF THE STEVEDORES. ALL
CLAIMS
  FOR DAMAGES ALLEGEDLY CAUSED BY STEVEDORES TO BE SETTLED
DIRECTLY
  BETWEEN CHTRS AND OWNERS. MASTER TO NOTIFY STEVEDORES OF
DAMAGE, IF ANY,
  IN WRITING WITHIN TWENTY FOUR (24) HOURS OF OCCURRENCE.
CHARTERERS TRY UTMOST
  TO ASSIST THE SETTLEMENT AND CHTRS ARE ULTIMATELY RESPONSIBLE
FOR STEVEDORE
  DAMAGE.

22/VSL NOT TO BE DRY DOCK DURING THIS VOY CHARTER
23/ARBITRATION IN HONG KONG WITH ENGLISH LAW TO BE APPLIED
24/TTL 1.25 PCT TO ANFARI SHIPBROKING HKG.
25/SUBJ 24 HR STEM/SHIPPER/RECEIVER'S APPRVL WHICH TO BE
LIFTED AFTER FIXING MAINTERMS.
27/SUB CHR'S P/F C/P
END RECAP.

TRUST RECAP AS ABV IN GOOD ORDER,

TKS/RGDS
DAVIS LEUNG - D/R TEL: (852) 2851 3233
MOB (852) 9660 1895
MSN: davis_leung@hotmail.com

23.08.2006

# DAEWOO LOGISTICS CO.,LTD.

5TH FL,DAEWOO CENTER BLDG.,541,NAMDAEMUNRO 5,CHUNG-KU,SEOUL,KOREA
TEL : (822)-759-3701/1/02/3703  FAX : (822)-769-2664  TLX : K 26018 DWLOG  E-MAIL : kmm@daewoo.com

# I N V O I C E

MESSERS : IMT SHIPPING & CHARTERING / DUESSELDORF, GERMANY

VESSEL : MV HABIBE ANA V.001                    INVOICE NO. : DWLHAAV-06
CARGO : STEEL PLATE 5,128.223MT                 B/L NO.SHHBLBHBBA609001
L/PORT : SHANGHAI, CHINA                        ISSUE DATE : 2006.09.12
D/PORT : BILBAO, SPAIN
SAILING DATE : 10TH SEP. 2006

| PARTICULARS | DEBIT | CREDIT |
|---|---|---|
| ► SHANGHAI ~ BILBAO 5,128.223 MT X USD66  PMT | | USD338,462.72 |
| (LESS)BROKERAGE 1.25 % | USD4,230.78 | |
| ► DEMURRAGE | | USD 32,447.55 |
| SUB-TOTAL | USD 4,230.78 | USD370,910.27 |
| BALANCE DUE TO OWNERS | USD366,679.49 | |
| GRAND TOTAL | USD366,679.49 | USD366,679.49 |

BANK ACCOUNT
BENEFICIARY BANK : KORAM BANK,
KORAM BANK, DAEWOO CENTER BRANCH, SEOUL, KOREA
SWIFT CODE : KOAMKRSE
ACC NO : 157-00161-436 (USD)
CORRES BANK : CITIBANK, N.A.NEW YORK
SWIFT CODE : CITIUS33
BENEFICIARY : "DAEWOO LOGISTICS CO.,LTD"
RE : MV HABIBE ANA IMT SHPG

DAEWOO LOGISTICS CO.,LTD.

Authorized Signature

HABIBE ANA particulars.xls                                              MV "HABIBE ANA"

# VESSEL'S DESCRIPTION

ALL DETAILS BELIEVED TO BE TRUE AND GIVEN IN GOOD FAITH, BUT WITHOUT GUARANTEE

## GENERAL

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | | | : | *MV "HABIBE ANA"* | | |
| Name / Nationality of Master | | | : | *Capt. Orhan Senturk* | | *Turkish* |
| Type | | | : | *Geared Singledecker / Bulk Carrier* | | |
| Previous Names | | | : | *ex MV "OCEAN CARRIER"* | | |
| Call Sign | | | : | *T C 3 D* | | |
| Sat.-Com.   Telex | | | : | *427 113 430* | | |
| Sat.-Com.   Phone      Fax | | | : | | | |
| Internet E-Mail | | | : | *427113430@INMC.EIK.COM* | | |
| Port of Registry      Flag | | Reg.-No. | : | *Istanbul      Turkey* | | *7269* |
| Build      Month / Year | | | : | | *1985* | |
| Builders                Name | | | : | *Tsuneishi Shipbuilding Co. Ltd.* | | |
| City / Country | | | : | | *Japan* | |
| Length Overall | | | : | *185.84  mtrs* | | |
| LBP | | | : | *177.97  mtrs* | | |
| Breath Overall | | | : | *30.40  mtrs* | | |
| Depth Moulded | | | : | *16.20  mtrs* | | |
| Height from Keel to Highest Point | | | : | *47.00  mtrs* | | |
| Height from Waterline to Hatchcoamin Light | | | : | *18.00  mtrs* | | |
| | | Ballasted | : | *14.00  mtrs* | | |
| | | Loaded | : | *10.00  mtrs* | | |
| Max. Airdraft | | Light | : | *41.50  mtrs* | | |
| | | Ballasted | : | *38.00  mtrs* | | |
| | | Loaded | : | *36.00  mtrs* | | |
| GRT / NRT   International | | | : | *26,046.000* | *13,684.000* | |
| GRT / NRT   Panama | | | : | *26,738.000* | *20,624.000* | |
| GRT / NRT   Suez | | | : | *25,964.000* | *23,385.420* | |
| Summer-   DWAT / Draft / TPC | | | : | *43,474.000* | *11.319* | *49.60* |
| DWAT on 10,00 mtrs | | | : | *36,867.000* | | |
| DWAT on 9,50 mtrs | | | : | *34,445.000* | | |
| DWAT on 9,00 mtrs | | | : | *32,042.000* | | |
| DWAT on 8,00 mtrs (LAKES) | | | : | *26,620.000* | | |
| DWCC on 8,00 mtrs (LAKES) | | | : | *24,920.000* | | |
| DWAT on 7,90 mtrs | | | : | *16,812.000* | | |
| Tropical-   DWAT / Draft / TPC | | | : | *44,643.000* | *11.554* | |
| Winter-   DWAT / Draft / TPC | | | : | *42,309.000* | *11.084* | |
| Fresh Water Allowance | | | : | *cms* | | |
| Lightweight Displacement | | | : | *8,206.000  mtons* | | |
| Constants excluding Fresh Water | | | : | *350.000  mtons* | | |

## ENGINE ROOM

| | | | | | |
|---|---|---|---|---|---|
| Main Engine | | : | *Mitsui B&W* | | |
| Bowthruster | | : | *./.* | *bhp* | |
| Speed Laden | | : | *12.8  knots* | | |
| Consumption at Sea | IFO | : | *23.0  mtons* | | |
| | MDO | : | *2.0  mtons* | | |
| Consumption in Port (Working) | IFO | : | *0.0  mtons* | | *(24 HOURS)* |
| | MDO | : | *2.5  mtons* | | *(24 HOURS)* |
| Consumption in Port (Idle) | IFO | : | *0.0  mtons* | | |
| | MDO | : | *2.0  mtons* | | |
| Speed in Ballast | | : | *13.0  knots* | | |
| Consumption at Sea | IFO | : | *21.5  mtons* | | |

|  | MDO | : | 2.0 | mtons |
|---|---|---|---|---|
| Grade of IFO |  | : 380 CST | RMG 35, Vanadium 300 mg/kgs |
| Grade of MDO |  | : MGO | DMA |
| Capacity of IFO-Tanks |  | : | 1,650.000 | mtons |
| Capacity of MDO-Tanks |  | : | 300.000 | mtons |
| Fresh Water Capacity |  | : | 350.000 | mtons |
| Fresh Water Evaporator |  | : | 10.000 | mtons per day |
| Fresh Water Consumption |  | : | 10.000 | mtons per day |
| Sewage Tank available |  | : YES |
| Ballast Capacity |  | : | 11,845.000 | cbm |
| De-Balasting Speed |  | : |  | cbm per Hour |

### INSURANCE

| Headowner | Name | : Icdas Celik Enersi ve Tersane Ulasim S.A. |
|---|---|---|
|  | City / Country | : Istanbul          Turkey |
| Headowners P+I-Club |  | : North of England |
| Disponent Owner | Name | : ./. |
|  | City / Country | : ./.                   ./. |
| Disponent Owners P+I-Club |  | : ./. |
| Manager | Full Style | : Mardeniz Shipping Managements Co. |
|  | Street | : Büyükcelmele |
|  | ZIP-Code / City | : TR - 34900        Istanbul |
|  | Phone | : +90 / 212 / 875 2732 |
|  | Fax | : +90 / 212 / 875 2738 |
|  | E-Mail | : MARDENIZ@SUPERONLINE.COM |
|  | Person in Charge | : Mr. Umit Akman |
| T/C Owner |  | : Log-O-Mar |
| T/C Owners P+I-Club |  | : The Steamship Mutual Underwriting Association Ltd., London |
| Classification Society |  | : Lloyd's Register of Ships |
| Class |  | : |
| Ice Strengthened? |  | : |
| Hull Underwirters |  | : Anadolu Sigorta |
| H&M-Value |  | : USD          11,000,000.00 |
| Full ITF-Covered |  | : |
| ISM-Certificate |  | : YES |
| Type of Cargoes during last three Voyages |  | : |

### CARGO SPACE

| Gear |  |  | : 4 Cranes |
|---|---|---|---|
| S.W.L. |  |  | : 25.000 mtons |
| Outreach |  |  | : 6.80 mtrs |
| Position of Cranes/Derricks |  |  | : Aft of Hold No. 1, 2, 3 and 4 |
| No. of Grabs |  |  | : ./.          ./. cbm |
| HOLD / HATCHES |  |  | : |
| Hatch Dimensions | (L X W) | No. 1 | : 19.20        15.30 mtrs |
|  |  | No. 2 | : 20.80        15.30 mtrs |
|  |  | No. 3 | : 20.80        15.30 mtrs |
|  |  | No. 4 | : 20.80        15.30 mtrs |
|  |  | No. 5 | : 20.80        15.30 mtrs |
| Hatchcover Type |  |  | : MacGregor |
| Height of Hatchcoaming |  |  | : 2.80 mtrs |
| Hold Dimensions | (L X W) | No. 1 | : 22.20        12,00 / 24,00 mtrs |
|  |  | No. 2 | : 27.20        24.00 mtrs |
|  |  | No. 3 | : 27.20        24.00 mtrs |
|  |  | No. 4 | : 27.20        24.00 mtrs |
|  |  | No. 5 | : 27.20        24,00 / 12,00 mtrs |

| | | | | | |
|---|---|---|---|---|---|
| Height of Hold | | : | 17.00 | mtrs | |
| Flat Bottom Dimensions  (L X W) | No. 1 | : | 20.10 | 9,00 / 17,70 | mtrs |
| | No. 2 | : | 20.40 | 17.70 | mtrs |
| | No. 3 | : | 20.10 | 17.70 | mtrs |
| | No. 4 | : | 20.10 | 17.70 | mtrs |
| | No. 5 | : | 20.70 | 15,00 / 8,40 | mtrs |
| are Holds Unobstructed | | : YES | | | |
| are Holds Hoppered | | : YES | | | |
| DECKSTRENGTH ON: | | | | | |
| Main-Deck | | : | 3.300 | mtons per sqm | |
| Hatchcovers | | : | 2.000 | mtons per sqm | |
| Tweendeck | | : | ./. | mtons per sqm | |
| Tanktop | No. 1 | : | 21.940 | mtons per sqm | |
| | No. 2 | : | 21.940 | mtons per sqm | |
| | No. 3 | : | 22.750 | mtons per sqm | |
| | No. 4 | : | 21.940 | mtons per sqm | |
| | No. 5 | : | 21.940 | mtons per sqm | |
| Strengthened for alternate Loading | | : Holds No. 2 and 4 may be empty | | | |
| Strengthened for Heavy Cargoes | | : YES | | | |
| Grain Cubic Breakdown | No. 1 | : | 9,914.100 | cbm | |
| | No. 2 | : | 11,113.500 | cbm | |
| | No. 3 | : | 11,126.700 | cbm | |
| | No. 4 | : | 11,006.900 | cbm | |
| | No. 5 | : | 10,372.500 | cbm | |
| | | | 53,533.700 | cbm | |
| Bale Cubic Breakdown | No. 1 | : | 9,595.000 | cbm | |
| | No. 2 | : | 10,822.700 | cbm | |
| | No. 3 | : | 10,837.800 | cbm | |
| | No. 4 | : | 10,834.800 | cbm | |
| | No. 5 | : | 10,190.300 | cbm | |
| | | | 52,280.600 | cbm | |
| CO2 Fitted? | | : YES | | | |
| Hold Ventilation | | : YES | | | |
| Deck Stantion Fitted? | | : NO | | | |

| | |
|---|---|
| Panama Canal Fitted? | : YES |
| Suez Canal Fitted? | : YES |
| Great Lakes Seaway Fitted? | : NO |
| Grain-Carriage Fitted (Chpt IV, Solas 1974)? | : YES |
| Australian Hold Ladder Fitted? | : YES |
| Suitable for Grab Discharge | : YES |

| | |
|---|---|
| GA / CAP | : |