**JUDGE RAKOFF**

062-08/WLJ/JPG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
OCEANWISE SERVICES GMBH
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

William L. Juska (WJ 0772)
Jan P. Gisholt (JG 3768)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
OCEANWISE SERVICES GMBH,

                      Plaintiff,

   - against --

HO FENG MARITIME S.A.,

                      Defendant.
------------------------------------------------------------------x

08-Civ-

**RULE 7.1 STATEMENT**

    OCEANWISE SERVICES GMBH, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parent, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       May 20, 2008

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiff
                                    OCEANWISE SERVICES GMBH

          By: _____
                      William L. Juska (WJ 0772)
                      Jan P. Gisholt (JG 3768)
                      80 Pine Street
                      New York, NY 10005
                      Telephone: (212) 425-1900
                      Facsimile: (212) 425-1901

NYDOCS1/299896.1