062-08/WLJ/JPG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
OCEANWISE SERVICES GMBH
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

William L. Juska (WJ 0772)
Jan P. Gisholt (JG 3768)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OCEANWISE SERVICES GMBH,

               08-Civ-4722(JSR)
         Plaintiff,

- against –
               **STIPULATION OF**
HO FENG MARITIME S.A.,        **DISCONTINUANCE**

         Defendant.
------------------------------------------------------------x

  The Defendant not having appeared in this action, IT IS HEREBY stipulated by the undersigned attorneys for the Plaintiff herein that the action be and the same is hereby discontinued pursuant to Rule 41(A)(1) without prejudice.

Dated: New York, New York
   September 4, 2008

         FREEHILL HOGAN & MAHAR, LLP
        Attorneys for Plaintiff
        OCEANWISE SERVICES GMBH

   By: _____
        William L. Juska (WJ 0772)
        Jan P. Gisholt (JG 3768)
        80 Pine Street
        New York, NY 10005
        Telephone: (212) 425-1900
        Facsimile: (212) 425-1901

NYDOCS1/311833.1